DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH R. D. BURNS, a/k/a David Burns, and MARCIA
COLTER-BURNS,

Appellants,

v.

KOONTZ & ASSOCIATES, P.L., and JO ANN M. KOONTZ,

Appellees.

No. 2D2025-0063

_____

October 29, 2025

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll, Judge.

Daniel Joy, Osprey, and Gregg Horowitz, Sarasota, for Appellants.

David A. Wallace of Bentley Goodrich Kison P.A., Sarasota, for Appellees.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior publication.